# IN THE UNITED STATES DISTRICT COURT FOR THE

# MIDDLE DISTRICT OF GEORGIA

# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:19-CR-17 (CDL)-MSH |
| | : | |
| vs. | : | VIOLATIONS: |
| | : | |
| TRUMAN BENTLEY, | : | 18 U.S.C. § 922 (g)(1) |
| | : | 18 U.S.C. § 924 (a)(2) |
| Defendant | : | 18 U.S.C. § 924 (c)(1)(A) |
| | : | 21 U.S.C. § 841 (a)(1) |
| | : | 21 U.S.C. § 841 (b)(1)(C) |
| | : | 21 U.S.C. § 841(b)(1)(D) |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **TRUMAN BENTLEY** has moved the court to continue the sentencing hearing of his case presently scheduled for May 19, 2020. The Government does not oppose this motion. Defendant is currently in custody.

The court finds that it is in the interests of justice to continue the sentencing hearing and that said continuance would not prejudice or harm either party. Accordingly, Defendant's Motion for Continuance (Doc. 40) is GRANTED, and it is hereby ordered that this case shall be continued.

It is SO ORDERED, this 11th day of May, 2020.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE